**SO ORDERED.**

**SIGNED this 29 day of August, 2022.**



_____
**Austin E. Carter**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Shedrick Dewayne Martin<br>624 Piedmont Avenue<br>Macon, GA 31206<br>SS#    XXX-XX-6139 | CHAPTER 13<br><br>CASE NO. 22-50129-AEC |

### ORDER CONFIRMING PLAN AWARDING ATTORNEY FEES

The debtor's plan having been transmitted to all creditors; and
It having been determined, after hearing on notice, that the debtor's plan, or plan as amended, complies with Chapter 13 of the Bankruptcy Code, 11 U.S.C. §1325, and with other applicable provisions of this title of the United States Code as shown by Exhibit "A" attached hereto; and
The Chapter 13 Trustee having recommended that the debtor's plan to be confirmed; it is

    **ORDERED** that the debtor's plan, or plan as amended, which plan is attached hereto as Exhibit "A" and incorporated herein by reference, is confirmed, and the debtor is further ordered to comply with the terms of this plan and to maintain in force all insurance required by any of his contractual agreements; and it is further

    **ORDERED** that an award of $3,250.00 is made to Alex Sanders with Kelley Lovett Blakey & Sanders PC as interim compensation in this case pursuant to §331 of the Bankruptcy Code for the attorney services rendered in this case . The trustee is directed to pay any unpaid balance as an administrative expense; and it is further

    **ORDERED** that all pending motions to dismiss filed by the Chapter 13 trustee are hereby withdrawn , unless a separate order has been entered resolving the motion.

END OF DOCUMENT

Camille Hope, Trustee
P.O. Box 954
Macon GA 31202
Telephone (478) 742-8706
docomt@chapter13macon.com

| IN RE: | Chapter 13 |
|---|---|
| Shedrick Dewayne Martin | Case No. 22-50129-AEC |

## Trustee's Summary of the Plan Including Agreed Upon Changes

**Plan Payments and Length of Plan**

| Which Debtor | Payment Amt. | Frequency | Start Date | |
|---|---|---|---|---|
| Debtor 1 | 479.00 | WEEKLY | 5/27/2022 | until the plan is completed. |

If the debtor proposes to pay less than 100% to the unsecured creditors, the debtor will pay 36 monthly payments before becoming eligible for a discharge. If the case has an applicable commitment period of 60 months, the debtor will pay a minimum of 57 monthly payments unless another term is stated in special provisions before becoming eligible for a discharge.

**Treatment of Secured Claims**

From the payments so received, the Trustee shall make disbursements to allowed claims as follows:

**Secured Claims Not Subject to Cram Down**

| Exeter Finance | $34,654.03 | 5.00 | 16 GMC Sierra | $670.00 |
|---|---|---|---|---|

**Pre-confirmation Adequate Protection Payments - These payments will be applied to reduce the principal of the claim.**

| Name of Creditor | Adequate Protection Payment Amount |
|---|---|
| 1ST FRANKLIN FINANCIAL | $100.00 |
| 1ST FRANKLIN FINANCIAL | $50.00 |
| Wayfinder BK as agent for Performance Finance | $80.00 |
| KAYBEE OF MACON | $35.00 |
| Exeter Finance | $240.00 |

**Secured Creditors Subject to Cram Down**

| Name of Creditor | Amount Due | Value | Int Rate | Collateral | Monthly Pymt |
|---|---|---|---|---|---|
| 1ST FRANKLIN FINANCIAL | 18,913.30 | $17,250.00 | 3.50 | Husler ZT Mower (SEE PLAN) | $320.00 |
| 1ST FRANKLIN FINANCIAL | 4,508.97 | $5,000.00 | 3.50 | Bobcat ZT Mower | $90.00 |
| Wayfinder BK as agent for Performance | 11,804.26 | $11,000.00 | 3.50 | 19 Polaris R19 | $210.00 |
| KAYBEE OF MACON | 5,495.14 | $3,223.20 | 5.50 | jewelry | $75.00 |

**The following debts will be paid directly by the debtor(s):**

| Name of Creditor | Collateral Description |
|---|---|
| MAC TOOLS, INC. | Tools of the Trade (SEE PLAN) |
| MATCO TOOLS | Tools of the Trade (SEE PLAN) |
| Snap-On Credit | Tools of Trade (SEE PLAN) |
| American Home Furniture | Stove |
| American Home Furniture | Fridge |

All 11 U.S.C. §507 Priority claims will be paid in full over the life of the plan.

Debtor(s) will make payments that will meet all of the following parameters (these are not cumulative, debtor(s) will pay the highest of the four):

| Disposable Income: $ | Best Interest: $3,960.00 | Optional: $32,758.00 | Binding Dividend: __ | Anticipated Dividend: 95% |
|---|---|---|---|---|

**Nonstandard Provisions**
The standard language and specific terms contained in the Middle District of Georgia's model Chapter 13 plan and any nonstandard provisions added to the plan or modified plan by the debtor(s) are incorporated by reference. Additional nonstandard provisions, if any, are included below:

The Debtor will notify the Chapter 13 Trustee upon receipt of any money which is received as part of any lawsuit or cause of action during the pendency of this case. All lawsuits and causes of action the debtor(s) have will remain property of the estate and will not revest in the debtor(s). The issue of disposable income will be reserved until the debtor becomes entitled to funds as a result of a cause of action or lawsuit. All money recovered as part of any pre filing or post filing cause of action or lawsuit over and above exemptions will be disbursed to unsecured creditors to satisfy the best interest of creditors test.

Kaybee of Macon to receive pre and post adequate protection at $35 per month.

EXHIBIT "A"

/s/ Camille Hope

Office of the Chapter 13 Trustee